UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BOUCHARD TRANSPORTATION CO INC, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-00363 |
| TEXAS GENERAL LAND OFFICE, *et al*, | § § § § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On August 23, 2018, United States Magistrate Judge Jason B. Libby issued his Memorandum and Recommendation (M&R, D.E. 84), recommending that the limitation injunction imposed in this case be dissolved. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed and, instead, Petitioners filed their "Notice of Non-Objection to Report and Recommendation" (D.E. 85), expressly stating that they did not object to the M&R.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 84), and all other relevant documents in the record, and

finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Claimants' Renewed Motion to Dissolve the Limitation Injunction (D.E. 50) is **GRANTED** and Claimants may pursue their personal injury claims in state court.

ORDERED this 7th day of September, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE